# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **SAMUEL HYATT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action Number |
| | ) | **2:09-cv-857-AKK** |
| **LAW OFFICE OF LAURENCE HECKER,** | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

On September 28, 2010, Laurence Hecker ("Defendant") informed the court that he has filed for bankruptcy and that, on September 20, 2010, the Bankruptcy Court has reopened his petition.[1]  Doc. 13.  Pursuant to 11 U.S.C. § 362, the filing of a bankruptcy petition operates as a stay of proceedings in this court.

On the court's own motion, it is ORDERED that this action be DISMISSED WITHOUT PREJUDICE to the right of Plaintiff Samuel Hyatt to petition to reinstate this action to pursue any claim embraced herein not adjudicated in, or discharged by, the proceedings in the Bankruptcy Court.  Such reinstatement, when allowed, will cause the filing date of any such claim so reinstated to relate back to the original filing date of this action.  Each party shall bear its own costs

---

[1] The court verified that Defendant's bankruptcy petition is pending in the United States Bankruptcy Court for the District of New Jersey, No. 10-24143-RTL.

herein.

The Clerk is DIRECTED to send a copy of this order to Defendant.

DONE this 30th day of September, 2010.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE